IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANTONIUS M. OWENS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-212
)
CO II BARBARA PRINCE, Coastal )
State Prison; GLENDORA )
BIRDDELL; LT. LAWRENCE )
MANKER, Coastal State Prison; )
WARDEN JACK KOON, Coastal )
State Prison; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 32), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA